# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| TRAVIS JEARARD CARLTON, a/k/a "Rod" or "Big Nasty" | ) Case No: 5:05CR235-9 |
| | ) USM No: 20585-058 |
| Date of Previous Judgment: April 17, 2007, | ) Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 37           Amended Offense Level: 35
Criminal History Category: V         Criminal History Category: V
Previous Guideline Range: 324 to 405 months   Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction, as the guideline range remains unchanged due to the mandatory statutory minimum sentence of 240 months.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated April 17, 2007, shall remain in effect.
**IT IS SO ORDERED**.

Order Date: August 3, 2011

Effective Date: August 3, 2011
(if different from order date)

Richard L. Voorhees
United States District Judge